**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA                    :

vs.                                         : CRIMINAL NO.:  20-00043-TFM

TONY MARQUELLE FOWLER                       :

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Tony Marquelle Fowler, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered pleas of guilty to **Counts Five and Six** of the Indictment charging violations of 21:841(a)(a)(1) – Possession with Intent to Distribute Marijuana, and 18:924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime**.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offense.  The Court therefore recommends that the plea of guilty to each count be accepted and that Defendant Tony Marquelle Fowler be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 16th day of December 2020.

                              s/P. BRADLEY MURRAY
                    UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.