IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   CRIM. ACT. NO. 1:20-cr-43-TFM |
| | ) |
| TONY MARQUELLE FOWLER, | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On December 16, 2020, the Defendant Tony Marquelle Fowler, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts Five and Six of the Indictment (Doc. 1) charging violations of Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute Marijuana (Count 5); and Title 18, United States Code, Section 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime (Count 6).  *See* Docs. 15,18.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted.  *See* Doc. 19.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Counts 5 and 6 of the Indictment is accepted, and the Defendant is adjudged guilty of the offenses.

A sentencing hearing has been scheduled for **April 1, 2021, at 10:00 a.m.,** under separate Order (Doc. 18).  The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE** and **ORDERED** this the 5th day of January, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE